# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JESUS MANUEL FONTES-QUINTERO, | ) | No. CV 08-106-SVW(CW) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| S.A. HOLENCIK (Warden), | ) | |
| Respondent. | ) | |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is denied and dismissed with prejudice.

DATED: <u>March 18, 2009</u>

_____
STEPHEN V. WILSON
United States District Judge